IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No. 8:13CR347 |
|---|---|---|
| Plaintiff, | ) | **ORDER TO DESTROY** |
| vs. | ) | |
| LESLIE A. SCHULZ, | ) | |
| Defendant. | ) | |

Counsel for the defendant has notified the court on March 24, 2016 that counsel wishes the following exhibit held by the court in this matter to be destroyed.

Defendant's Sentencing Exhibit 201 from hearing held on 2/26/2015

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibit should not be destroyed, the clerk's office is directed to destroy the above-listed exhibit 14 days from the date of this order.

IT IS SO ORDERED.

DATED: March 25, 2016

BY THE COURT

s/ **Joseph F. Bataillon**
United States District Judge

Approved 12/17/15